**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 11-7060**

───────────

DONNELL HURT,

        Plaintiff – Appellant,

      v.

RICHARD TRODDEN, Commonwealth Attorney for Arlington
County; WILLIAM WETZONIS, Assistant Commonwealth Attorney
for Arlington County; ARLINGTON COUNTY POLICE DEPARTMENT;
HARRY DENNIS, Attorney at Law and an agent of the
Commonwealth of Virginia,

        Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Liam O'Grady, District
Judge. (1:11-cv-00625-LO-JFA)

───────────

Submitted:  December 15, 2011        Decided:  December 30, 2011

───────────

Before AGEE and DIAZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Donnell Hurt, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donnell Hurt appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Hurt v. Trodden</u>, No. 1:11-cv-00625-LO-JFA (E.D. Va. July 13, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>